District Of Columbia

**International Painters and Allied Trades Industry Pension Fund**

Index # 07CV00387

*against*

**Oxford Painting Co.**

**Affidavit of Service**

I, **Jackie Bartling** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Muncie, Indiana.

That on **April 4, 2007** at **6:08 AM**, deponent served the within named **Summons and Complaint** upon **Terry S. Crawford**, therein named. Said service was effected at **615 Bundy Court, New Castle, IN 47362**, in the following manner;

By delivering thereat a true copy of each to **Terry S. Crawford** personally; deponent knew said person so served to be the person described as said **Terry S. Crawford** therein.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Jackie Bartling*
Jackie Bartling, Process Server

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

OXFORD PAINTING CO.
a/k/a Oxford Painting, Co.
and
TERRY S. CRAWFORD

CASE NUMBER  1:07CV00387

JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 02/23/2007

TO: (Name and address of Defendant)

TERRY S. CRAWFORD
615 Bundy Court
New Castle, IN  47362

FEB 28 2007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                          FEB 22 2007
CLERK                                                             DATE

(By) DEPUTY CLERK