IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br>v.<br><br>OXFORD PAINTING CO.<br>    a/k/a Oxford Painting, Co. et al.<br><br>Defendants | CIVIL ACTION NO.<br>1:07-CV-00387 |

**REQUEST TO CLERK TO ENTER**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendants, Oxford Painting Co. a/k/a Oxford Painting, Co. ("Company") and Terry S. Crawford ("Individual Defendant" and together with Company, "Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.

                              BY:/s/     Sanford G. Rosenthal
                                  SANFORD G. ROSENTHAL, ESQUIRE
                                  (I.D. NO. 478737)
                                  The Penn Mutual Towers, 16th Floor
                                  510 Walnut Street, Independence Square
                                  Philadelphia, PA 19106-3683
                                  (215) 351-0615/0611
Date: April 30, 2007             Attorney for Plaintiff

OF COUNSEL:

JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660
182541-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br>v.<br><br>OXFORD PAINTING CO.<br>    a/k/a Oxford Painting, Co. et al.<br><br>Defendants | CIVIL ACTION NO.<br>1:07-CV-00387 |

## DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT

Sanford G. Rosental, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendants, Oxford Painting Co. a/k/a Oxford Painting, Co. ("Company") and Terry S. Crawford ("Individual Defendant" and together with Company, "Defendants"), by Jackie Bartling, Process Server, who served Terry S. Crawford, Individually and as Registered Agent of Company at 615 Bundy Court, New Castle, IN 47362, on April 4, 2007. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

182541-1

6.    Inasmuch as Defendant is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/    Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date: April 30, 2007

182541-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

OXFORD PAINTING CO.
a/k/a Oxford Painting, Co.
615 Bundy Court
New Castle, IN 47362

And

TERRY S. CRAWFORD
615 Bundy Court
New Castle, IN 47362

s/   Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: April 30, 2006

182541-1