Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

      Plaintiff(s)

      v.

Civil Action No. 07-387 (RCL)

OXFORD PAINTING CO., et al.

      Defendant(s)

RE: OXFORD PAINTING CO.
also known as
OXFORD PAINTING, CO.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 4, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of May, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk