Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**

Plaintiff(s)

v.

Civil Action No. 07-387 (RCL)

**OXFORD PAINTING CO., et al.**

Defendant(s)

RE: TERRY S. CRAWFORD

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 4, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of May, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk