IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:07-CV-00387 |
| OXFORD PAINTING CO. a/k/a Oxford Painting, Co. et al. | ) ) ) | |
| Defendants | ) | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiff in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:  s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106-3683
(215) 351-0611

Date: January 16, 2008

192494-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance of Sanford G. Rosenthal, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

OXFORD PAINTING CO.
a/k/a Oxford Painting, Co.
615 Bundy Court
New Castle, IN 47362

And

TERRY S. CRAWFORD
615 Bundy Court
New Castle, IN 47362

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: January 16, 2008

192494-1