IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> OXFORD PAINTING CO. ) <br> a/k/a Oxford Painting, Co. et al. ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 1:07-CV-00387 |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Kent Cprek, Esquire, as counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/Kent G. Cprek
KENT G. CPREK
Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0615

Date: January 16, 2008

192494-1

## CERTIFICATE OF SERVICE

I, Kent Cprek, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance of Kent Cprek, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

OXFORD PAINTING CO.
a/k/a Oxford Painting, Co.
615 Bundy Court
New Castle, IN 47362

And

TERRY S. CRAWFORD
615 Bundy Court
New Castle, IN 47362

s/ Kent Cprek
KENT CPREK, ESQUIRE

Date: January 16, 2008

192494-1